78,892-01

Gary Oatman #1599836
Darrington Unit
59 Darrington Road
Rosharon, TX 77583

November 12, 2015

Attorney at Law
Sian Schilhab
P.O. Box 12308
Austin, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

Dear Mr. Schilhab:

My writ #WR-78,892-01 was denied without a written order. However, the same situation about which I complained was addressed in Ex Parte Miller, 330 SW3d 610 (Tx Crim App 2010). In the Miller case the court ruled in his favor on identical facts upon which my writ was based. I believe the court should take another look at my writ.

Thank you,

Gary Oatman